UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-cr-00375-CDP |
| | ) |
| SHEILA SWEENEY, | ) |
| | ) |
| Defendant. | ) |

**STATEMENT OF THE GOVERNMENT
REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Reginald Harris, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. Section 515, and Hal Goldsmith, Assistant United States Attorney for the Eastern District of Missouri, and pursuant to Paragraph 7 of the Administrative Order of this Court (July 12, l988), states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

REGINALD HARRIS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. Section 515


 */s/  Hal Goldsmith*
HAL GOLDSMITH, #32984MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                        */s/ Hal Goldsmith*
                                        HAL GOLDSMITH, #32984MO
                                        Assistant United States Attorney