**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:19-CR-375-CDP |
| v. ) | |
| ) | |
| **SHEILA SWEENEY,** ) | |
| ) | |
| Defendant. ) | |

### ACCEPTANCE OF PRESENTENCE INVESTIGATION REPORT

Defendant Sheila Sweeney ("Sweeney"), by and through undersigned counsel, hereby states to the Court that she accepts and has no objections to the Presentence Investigation Report filed in this case.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ Ian T. Murphy*
WILLIAM S. MARGULIS, #37625
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
ATTORNEYS FOR DEFENDANT
8000 Maryland Ave., Ste. 420
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
justin@margulisgelfand.com
ian@margulisgelfand.com

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

                                           */s/ Ian T. Murphy*
                                           WILLIAM S. MARGULIS, #37625
                                           JUSTIN K. GELFAND, #62265
                                           IAN T. MURPHY, #68289
                                           ATTORNEYS FOR DEFENDANT
                                           8000 Maryland Ave., Ste. 420
                                           St. Louis, MO 63105
                                           Telephone: 314.390.0234
                                           Facsimile: 314.485.2264
                                           bill@margulisgelfand.com
                                           justin@margulisgelfand.com
                                           ian@margulisgelfand.com